# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. DAVID ALLEN CARRIER | **CASE NUMBER:** CR23-301 WHA  CR |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Nicholas Walsh | **Date Submitted:** September 12, 2023 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)

[RESET FORM]   [SAVE PDF]

FILED

Sep 12 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

CR23-301 WHA

DAVID ALLEN CARRIER,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 115(A)(1)(B) – Threats Against Federal Official

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this  12th  day of

September 2023.

Julia Fox, Courtroom Deputy /S/

Clerk

Magistrate Judge Peter H. Kang

Bail, $ No bail arrest warrant

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

FILED

Sep 12 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-301 WHA |
| Plaintiff, | VIOLATION: |
| v. | 18 U.S.C. § 115(A)(1)(B) – Threats Against Federal Official. |
| DAVID ALLEN CARRIER, | |
| Defendant. | SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 115(A)(1)(B) – Threats Against Federal Official)

On or about January 21, 2021, in the Northern District of California, the defendant,

DAVID ALLEN CARRIER,

did threaten to assault, kidnap, and/or murder Nancy Pelosi, Member of Congress, with the intent to impede, intimidate, and interfere with Congressperson Pelosi while she was engaged in the performance of her official duties, and with the intent to retaliate against Congressperson Pelosi on account of the performance of her official duties, in violation of Title 18, United States Code, Section 115.

All in violation of Title 18, United States Code, Section 115.

INDICTMENT

| | |
|---|---|
| 1 | <u>COUNT TWO</u>:    (18 U.S.C. § 115(A)(1)(B) – Threats Against Federal Official) |
| 2 | On or about June 30, 2022, in the Northern District of California, the defendant, |
| 3 | DAVID ALLEN CARRIER, |
| 4 | did threaten to assault, kidnap, and/or murder Alejandro Mayorkas, Secretary of the Department of |
| 5 | Homeland Security, with the intent to impede, intimidate, and interfere with Secretary Mayorkas while |
| 6 | he was engaged in the performance of his official duties, and with the intent to retaliate against Secretary |
| 7 | Mayorkas on account of the performance of his official duties, in violation of Title 18, United States |
| 8 | Code, Section 115. |
| 9 | All in violation of Title 18, United States Code, Section 115. |

DATED: September 12, 2023                                       A TRUE BILL.

                                                                *s/Foreperson*
                                                                FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

*s/ Nicholas J. Walsh*
NICHOLAS J. WALSH
Assistant United States Attorney

INDICTMENT                                   2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Counts 1 and 2:
18 U.S.C. § 115(A)(1)(B) – Threats Against Federal Official

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Sentence: 10 years
Maximum Length of Supervised Release: 3 years
Maximum Fine: $250,000.00 or twice the gross gain or loss
Special Assessment of $100 per felony count
Restitution and Forfeiture

## DEFENDANT - U.S

▶ DAVID ALLEN CARRIER

DISTRICT COURT NUMBER
CR23-301 WHA

**FILED**
Sep 12 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
FBI and U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Nicholas J. Walsh

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments: